# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| RAYMOND WILLARD, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) No. 3:15-cv-7-PLR-CCS |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | ) ) ) |
| *Defendant*. | ) ) |

## MEMORANDUM OPINION AND ORDER

Before the Court is Magistrate Judge Shirley's Report and Recommendation ("R&R"). [D. 19]. There have been no objections to the R&R, and enough time has passed to treat any objection as forfeited. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2).

After a careful review of the record, the Court agrees with the R&R and **ADOPTS** it with respect to Willard's peripheral-neuropathy argument raised in his motion for summary judgment. The Court also adopts the previous R&R [D. 16] with respect to all other arguments raised in the parties' summary-judgment motions. For the reasons stated in those R&Rs, Willard's motion for summary judgment is **DENIED** and the Commissioner's is **GRANTED**. This case is **DISMISSED with prejudice**.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
  s/ *Debra C. Poplin*
CLERK OF COURT